IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 7:11-CV-70-D

| | |
|---|---|
| CAROLYN L. MILTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security | ) ) ) ) |
| Defendant. | ) ) ) |

This matter is before the Court on defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that he did not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings including a new hearing before an Administrative Law Judge. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED. This 18 day of January, 2012.

JAMES C. DEVER III
Chief United States District Judge